IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | |
|---|---|
| SHANNON TUTTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 5:17-CV-240-CHB |
| | ) |
| BAPTIST HEALTH MEDICAL GROUP, | ) |
| INC. d/b/a BAPTIST HEALTH | ) |
| PULMONARY & CRITICAL CARE, | ) |
| | |
| Defendant. | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Baptist Health Medical Group, Inc. d/b/a Baptist Health Pulmonary & Critical Care ("Baptist"), hereby makes its Motion for Summary Judgment, seeking the dismissal, in their entirety and with prejudice, of the claims brought by the Plaintiff, Shannon Tuttle ("Tuttle"). The basis for this Motion is fully set forth in the Memorandum in Support accompanying it. A Proposed Order is also being tendered herewith.

Respectfully submitted,

*/s/ Raymond C. Haley III*  
Raymond C. Haley III  
Katherine A. Garbarino  
FISHER PHILLIPS LLP  
220 West Main Street, Suite 1700  
Louisville, Kentucky  40202  
Telephone: 502/561-3990  
Facsimile: 502/561-3991  
E-Mail:  rhaley@fisherphillips.com  
E-Mail:  kgarbarino@fisherphillips.com  

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2018, a true and correct copy of the foregoing, as well as a Memorandum in Support and Proposed Order, were electronically filed using the Court's electronic filing system and served, via the Court's electronic filing system, upon the following counsel of record:

Nick Wallingford
WALLINGFORD LAW, PSC
1050 Monarch Street, Suite 100
Lexington, Kentucky  40513
Telephone: 859/286-8368
E-Mail: nick@wallingfordlaw.com

COUNSEL FOR PLAINTIFF,
SHANNON TUTTLE

                                              */s/ Raymond C. Haley III*
                                              COUNSEL FOR DEFENDANT