UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| SHANNON TUTTLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAPTIST HEALTH MEDICAL GROUP, ) <br> INC. d/b/a BAPTIST HEALTH ) <br> PULMONARY & CRITICAL CARE, ) <br> ) <br> Defendant. ) | Civil Action No. 5:17-CV-240-CHB <br><br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order of the Court, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant.

2. This is a **FINAL** and **APPEALABLE ORDER**, and the matter is **STRICKEN** from the active docket of the Court.

This the 31st day of March, 2019.